KENJI M. PRICE #10523
United States Attorney
District of Hawaii

HARRY YEE #3790
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

STEPHEN R. TERRELL (CA Bar No. 210004)
Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888
Washington, DC   20044
Telephone:  (202) 353-1651
Facsimile:  (202) 616-5200
Email:      stephen.terrell2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF STEPHEN TERRELL TO PRACTICE BEFORE THE COURT | MISC. NO.<br><br>APPLICATION TO APPEAR ON BEHALF OF THE UNITED STATES; DECLARATION OF STEPHEN R. TERRELL |

APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Stephen Terrell, Attorney for the United States of America hereby notifies the court of his intention to appear before this court on behalf of the United States and to attend to the interests of the United States during the period of his employment by the United States and requests leave to do so. A declaration in support of this is filed herewith.

DATED: ~~June~~ July 14, 2020, at Falls Church, Virginia. *[SRT]*

Stephen R. Terrell
Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF STEPHEN TERRELL TO PRACTICE BEFORE THE COURT | ) MISC. NO. <br> ) <br> ) DECLARATION OF STEPHEN R. <br> ) TERRELL <br> ) <br> ) <br> ) |

DECLARATION OF STEPHEN R. TERRELL

I, Stephen R. Terrell, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am am a Trial Attorney employed by the United States Department of Justice, Civil Division, Torts Branch.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the Supreme Court of California and the District of Columbia Court of Appeals, the highest courts in those jurisdictions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2020, at Falls Church, Virginia.

_____
Stephen R. Terrell